IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST COUNSELING CENTER, INC.

    Plaintiff,

vs.                                       No. 2:14-CV-01070 KG/SMV

THE HUMAN SERVICES DEPARTMENT OF
THE STATE OF NEW MEXICO,
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF NEW MEXICO,

    Defendants.

## ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION TO CONSOLIDATE RELATED CASES (DOC. 19)

The Court, having reviewed Plaintiff Southwest Counseling Center, Inc. ("SWCC") *Unopposed* Motion to Consolidate Related Cases (Doc. 19), and having considered the positions of the Parties' counsel at the hearing on June 9, 2015, hereby grants the Motion pursuant to Federal Rule of Civil Procedure 42(a)(2), and consolidates with this action the following later-filed actions pending before this Court for discovery, dispositive motions, and related pretrial matters:

1. *Families & Youth, Inc. v. Human Services Department, et al.*, No. 1:15-cv-00023-WJ-KK;

2. *Hogares, Inc. v. Human Services Department, et al.*, No. 1:15-cv-00291-RB-WPL;

3. *Valencia Counseling Services, Inc. v. Human Services Department, et al.*, No. 1:15-cv-00292-RB-KBM;

4. *TeamBuilders Counseling, Inc. v. Human Services Department, et al.*, No. 1:15-cv-00383-GBW-KK;

5. *Southern New Mexico Human Development, Inc. v. Human Services Department, et al.*, No. 2:15-cv-00384-LAM-CG;

6. *Counseling Associates, Inc. v. Human Services Department, et al.*, No. 2:15-cv-00293-SMV-LAM.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**DAVIS, GILCHRIST & LEE, P.C.**

By:_____
Bryan J. Davis
124 Wellesley Dr. SE
Albuquerque, NM 87106
Telephone: (505) 435-9908
Facsimile: (505) 435-9909
bryan@dglnm.com

*Attorneys for Plaintiff SWCC*

Approved by:

**NEW MEXICO HUMAN SERVICES DEPARTMENT**

By: **"Electronic Approval 06/11/15"**
Raymond M. Mensack
Deputy General Counsel, HSD
P.O. Box 2348
Santa Fe, NM 87504-2348