IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST COUNSELING CENTER, INC.,

    Plaintiff,

vs.                                      Civ. No. 14-1070 KG/SMV
                                        Consolidated with
                                        Civ. No. 15-0023 KG/SMV
                                        Civ. No. 15-0291 KG/SMV
                                        Civ. No. 15-0292 KG/SMV
                                        Civ. No. 15-0293 KG/SMV
                                        Civ. No. 15-0383 KG/SMV
                                        Civ. No. 15-0384 KG/SMV

THE STATE OF NEW MEXICO,
THE HUMAN SERVICES DEPARTMENT OF
THE STATE OF NEW MEXICO,
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF NEW MEXICO,

    Defendants.

## PARTIAL DISMISSAL OF CLAIMS

       Having granted Defendant's Motion and Memorandum in Support of Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted (Doc. 33) by an Order entered contemporaneously with this Partial Dismissal of Claims,

       IT IS ORDERED that

       1. Count II of the First Amended Complaint for Declaratory Judgment, Violation of 42 U.S.C. § 1983, Breach of Contract, and Violation of the Inspection of Public Records Act (Doc. 1-12) is dismissed with prejudice; and

2. Defendant Office of the Attorney General of the State of New Mexico is terminated as a party to this lawsuit.

_____
UNITED STATES DISTRICT JUDGE