IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST COUNSELING CENTER, INC.

    Plaintiff,

vs.        No.  2:14-CV-01070 KG/SMV

THE HUMAN SERVICES DEPARTMENT OF
THE STATE OF NEW MEXICO,
OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF NEW MEXICO,

    Defendants.

## ORDER GRANTING CONSOLIDATED PLAINTIFFS' *UNOPPOSED* MOTION TO AMEND COMPLAINTS (DOC. 45)

The Court, having reviewed Consolidated Plaintiffs *Unopposed* Motion to Amend Complaints (Doc. 45), hereby grants the Motion pursuant to Federal Rule of Civil Procedure 15(a).  Plaintiffs Southwest Counseling Center, Inc., Hogares, Inc., Valencia Counseling, Inc., TeamBuilders Counseling, Inc., Southern New Mexico Human Development, Inc., and Counseling Associates, Inc., shall file amended complaints forthwith upon entry of this Order. Furthermore it is ordered that if Defendants Squier, Earnest, and Pitcock intend to raise the defense of qualified immunity then they shall file a consolidated motion to dismiss Plaintiffs' claims for violation of 42 U.S.C. § 1983 based upon qualified immunity applicable to all such claims in all cases consolidated herein no later than 60 days after service of the Complaint in *Easter Seals El Mirador v. Human Services Department, et. al*, D-101-CV-2015-01463, First Judicial District, State of New Mexico, on Defendant Human Services Department.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**DAVIS, GILCHRIST & LEE, P.C.**

By:_____
Bryan J. Davis
124 Wellesley Dr. SE
Albuquerque, NM 87106
Telephone: (505) 435-9908
Facsimile: (505) 435-9909
bryan@dglnm.com

*Attorneys for Plaintiff SWCC*

Approved by:

**NEW MEXICO HUMAN SERVICES DEPARTMENT**

By: **"Electronically Approved 08/18/15"**
George Heidke
Deputy General Counsel, HSD
P.O. Box 2348
Santa Fe, NM 87504-2348