IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SOUTHWEST COUNSELING CENTER, INC.

    Plaintiff,

vs.                                            No.  2:14-CV-01070 CG/SMV

**Consolidated With:**
CV 15-023 KG/SMV
CV 15-291 KG/SMV
CV 15-292 KG/SMV
CV 15-293 KG/SMV
CV 15-383 KG/SMV
CV 15-384 KG/SMV

THE STATE OF NEW MEXICO,
HUMAN SERVICES DEPARTMENT
OF THE STATE OF NEW MEXICO, BRENT EARNEST,
CABINET SECRETARY FOR HUMAN SERVICES
DEPARTMENT OF THE STATE OF NEW MEXICO,
SIDONIE SQUIER, FORMER CABINET SECRETARY
FOR HUMANS SERVICES DEPARTMENT OF THE
STATE OF NEW MEXICO, MARK PITCOCK,
DEPUTY DIRECTOR OF THE MEDICAL ASSISTANCE
DIVISION OF THE HUMAN SERVICES DEPARTMENT, and
JOHN DOES 1-10, in their individual capacities,

    Defendants.

### ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION TO CONSOLIDATE MORE RELATED CASES (DOC. 55)

The Court, having reviewed Plaintiff Southwest Counseling Center, Inc. ("SWCC") *Unopposed* Motion to Consolidate Related Cases (Doc. 55) hereby grants the Motion pursuant to Federal Rule of Civil Procedure 42(a)(2), and consolidates with this action the following later-filed actions pending before this Court for discovery, dispositive motions, and related pretrial matters:

1. *Border Area Mental Health Services, Inc. v. Human Services Department,* 1:15-cv-00651 LAM-SMV.

2. *The Counseling Center, Inc. v. Human Services Department, et al.*, No. 2:15-cv-00652-LAM-SMV.

3. *Easter Seals El Mirador v. Human Services Department, et al.*, No. 1:15-cv-00739 KBM-GBW.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**DAVIS, GILCHRIST & LEE, P.C.**

By:_____
  Bryan J. Davis
  1005 Marquette NW
  Albuquerque, NM 87102
  Telephone: (505) 435-9908
  Facsimile: (505) 435-9909
  bryan@dglnm.com

*Attorneys for Plaintiffs*

Approved by:

**NEW MEXICO HUMAN SERVICES DEPARTMENT**

By: **"Electronic Approval 10/05/15"**\_\_
  Christopher Collins
  General Counsel, HSD
  George Heidke
  Assistant General Counsel, HSD
  P.O. Box 2348
  Santa Fe, NM 87504-2348